UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DERRICK ANTONE MAYE,

     Plaintiff,

               Case Number 00-10412-BC
v.               Honorable David M. Lawson

JOHN MILLER, CAPTAIN RUNDE,
PAT LNU, SUE FERRIO,
DEPUTY HATHAWAY, DEPUTY EBY
MARSHA LNU, JEFF STOKES,
JEFF FERRIO, BAY COUNTY,
and JANE DOE,

     Defendants.

_____ /

## ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR RECONSIDERATION

   This matter is before the Court on the plaintiff's motion for reconsideration of the Court's January 5, 2006 order denying his request to waive fees and the costs of reproducing case documents.  The Court has considered the plaintiff's submissions and concludes that the plaintiff is entitled to a waiver of filing fees.  However, the Court cannot provide at no expense copies of all documents listed on the docket.  Included with this order is a docket sheet.  The plaintiff is directed to examine the docket sheet and identify for the Clerk of Court those documents he seeks.  The Clerk will then provide the plaintiff with an estimate of the copying costs, and upon receipt of the funds, the Clerk will send the plaintiff the requested documents.

   Accordingly, it is **ORDERED** that the plaintiff's motion for reconsideration [dkt #29] is **GRANTED IN PART**.  Fees associated with filing are hereby **WAIVED**.

   It is further **ORDERED** that the plaintiff identify to the Clerk of Court in writing those

documents on the docket sheet he requests. The Clerk is directed to provide the plaintiff with an estimate of copying and associated costs. Upon receipt of the funds stated in the estimate, the Clerk is directed to send the plaintiff the requested copies.

                                              s/David M. Lawson  
                                              DAVID M. LAWSON  
                                              United States District Judge

Dated: January 20, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 20, 2006.

                                    s/Tracy A. Jacobs  
                                    TRACY A. JACOBS